No. 5, original. WISCONSIN ET AL. v. ILLINOIS ET AL.;

No. 8, original. MICHIGAN ET AL. v. SAME; and

No. 9, original. NEW YORK ET AL. v. SAME. October 10, 1932. The report of the defendant, Sanitary District of Chicago, dated July 1, 1932, is received. Upon consideration of the complainants' motion,

It is ordered that a rule issue to the defendants in the above entitled causes to show cause, by printed return, on or before Monday, November 7 next, why they have not taken appropriate steps to effect compliance with the requirements of the decree of this Court in these causes dated April 21, 1930 (281 U. S. 696);

And it is further ordered that these causes be set for oral argument upon the return of such rule upon Monday, November 14 next, at the head of the call for that day, briefs to be filed by the parties at the time of such argument.

Messrs. John W. Reynolds, Attorney General of Wisconsin, Henry N. Benson, Attorney General of Minnesota, Gilbert Béttman, Attorney General of Ohio, Paul W. Voorhies, Attorney General of Michigan, Herbert H. Naujoks, Assistant Attorney General of Wisconsin, and Raymond R. Jackson, Special Assistant to the Attorneys General, for complainants. Messrs. William Rothmann, Frank Johnson, Jr., Joseph B. Fléming, and Oscar E. Carlstrom, Attorney General of Illinois, for the defendants.

No. —. CHERAMI ET AL. v. CANTRELLE ET AL.; and

No. —. SAME v. GUIDROZ ET AL. October 10, 1932. The petition of Mr. Charles D. Breaux et al. for an extension of time within which to apply for writs of certiorari in the above entitled matters is denied. Finn v. Railroad Commission, 286 U. S. 559; Cresswell v. Tillinghast, 286 U. S. 560.